UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                -v.-
                                                                    22 Cr. 218 (JPC)

HEURY APONTE,

              Defendant.                            <u>ORDER</u>

-------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Essex County Correctional Facility, located at 354 Doremus Ave, Newark, NJ 07105, is hereby directed to permit mitigation specialist Lauren Harris to enter the facility and conduct legal visits with Heury Aponte, inmate no. 217009053, outside the presence of defense counsel for a period of one (1) year from the date of this Order.

Dated: New York, New York
       August 2, 2022

                                                                           IT IS SO ORDERED.

                                                               _____
                                                               United States District Judge