

August 30, 2022

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  Defendant's sentencing submission shall be filed by September 1, 2022.

SO ORDERED Date:
August 31, 2022 New York, New York

JOHN P. CRONAN
United States District Judge

**Re:**   *United States v. Heury Aponte*, 22 Cr. 218 (JPC)

Dear Judge Cronan:

I represent Heury Aponte in the above-captioned case. The parties are currently scheduled to appear before the Court for sentencing at 10:00 a.m. on September 14, 2022.

I write to request that the Court adjourn the deadline for filing Mr. Aponte's sentencing submission by one day, such that it be due on September 1, 2022. The reason for this request is that the final Presentence Investigation Report ("PSR") was filed today, August 30, and my schedule of Court appearances tomorrow, August 31, will prevent me from incorporating analysis of the final PSR into Mr. Aponte's sentencing submission until September 1. Accordingly, I respectfully request that the Court adjourn the deadline for filing Mr. Aponte's sentencing submission by one day, to September 1, 2022. The government, through AUSA Ashley Nicolas, informed me it has no objection to this request.

Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Heury Aponte*

cc:   AUSA Ashley Nicolas
     *via ECF*