

March 31, 2025

**VIA ECF**
The Honorable John. P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Heury Aponte*, 22-CR-218 (JPC)

Dear Judge Cronan:

      I represented Mr. Aponte in the above-captioned case. I am writing the Court regarding the upcoming appearance scheduled for April 3, 2025, at 11:30 a.m. to address Mr. Aponte's violation report from March 19, 2025.

      Due to three conflicting matters in the Bronx Supreme Court on April 3, 2025, I am unable to appear in front of this Court on that date. Therefore, I respectfully request that the Court either adjourn this matter until April 9, 2025 (a date that works for both the defense and the U.S. Department of Probation and for which the government will find coverage) or assign new counsel on April 3 to represent Mr. Aponte in this continued matter.

      Thank you for the Court's consideration.

      Sincerely,

      /s/

Aaron Mysliwiec
*Attorney for Heury Aponte*

Miedel & Mysliwiec LLP
52 Duane St, Floor 7
New York, NY 10009

cc:    AUSA Ashley Nicolas, *via* ECF
       Officer Giovannii A. Foderingham, *via* Email

The request is granted. The appearance currently scheduled for April 3, 2025, is adjourned to 9:30 a.m. on April 9, 2025, in Courtroom 12D at 500 Pearl St., New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 32.

SO ORDERED.
Date: April 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge