

May 23, 2025

<u>*Via* ECF</u>
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Heury Aponte*, 22-CR-218 (JPC)

Dear Judge Cronan,

    This letter concerns my representation of Mr. Heury Aponte in the above-captioned case. Mr. Aponte is schedule to appear in front of this Court on a pending VOSR on May 28, 2025.

    Together with the government, through AUSA Ashley Nicolas, I am jointly requesting an adjournment of the May 28 appearance at this time in order to accommodate the government's schedule. After conferring with the government and the Court, the Parties are respectfully requesting an adjournment of next week's appearance to June 16, 2025, at 3:00 p.m.

    Thank you for the Court's consideration at this time.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Heury Aponte*

The instant request is granted. The appearance currently scheduled for May 28, 2025, is adjourned to June 16, 2025, at 3:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 34.

SO ORDERED.
Date: May 27, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com