

September 5, 2025

<u>*Via* ECF</u>
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Heury Aponte*, 22-CR-218 (JPC)

Dear Judge Cronan,

      This letter concerns my representation of Mr. Heury Aponte in the above-captioned case. Mr. Aponte is scheduled to appear in front of this Court on a pending VOSR on September 12, 2025.

      At this time, I am respectfully requesting an adjournment of the September 12, 2025, appearance until after Thanksgiving. The reason for this request is that Mr. Aponte's next court dates in state court are September 11, 2025 (CT), and November 25, 2025 (NY). I expect major developments to occur in both cases by the end of 2025. I am requesting a date after Thanksgiving in order to provide the Court with substantive updates about Mr. Aponte's state matters.

      The government, through AUSA Ashley Nicolas, has no objection to adjourning Mr. Aponte's appearance until after Thanksgiving.

      Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Heury Aponte*

The instant request is granted. The appearance currently scheduled for September 12, 2025, at 1:00 p.m is adjourned to December 4, 2025, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 38.

SO ORDERED.
Date: September 5, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com