

November 25, 2025

<u>*Via* ECF</u>
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Heury Aponte*, 22-CR-218 (JPC)

Dear Judge Cronan,

    This letter concerns my representation of Mr. Heury Aponte in the above-captioned case. Mr. Aponte is scheduled to appear in front of this Court on a pending VOSR on December 4, 2025.

    I am respectfully requesting an adjournment of the December 4, 2025, appearance. The reason for this request is that I will be on trial in SDNY from December 1, 2025, to sometime the week of December 8, 2025. Therefore, I respectfully request that Mr. Aponte be scheduled to appear after my trial obligations have concluded.

    The Government, through AUSA Ashley Nicolas, has no objection to adjourning Mr. Aponte's appearance, but indicated that she is on leave from December 20, 2025, to December 28, 2025, and would like the appearance to be scheduled after the 28th. Therefore, I am respectfully requesting that Mr. Aponte's matter be adjourned to a January date, such as January 7th, January 9th, January 14th, or January 16th.

Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Heury Aponte*

The instant request is granted. The appearance currently scheduled for December 4, 2025, at 10:00 a.m. is adjourned to January 7, 2026, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 40.

SO ORDERED.
Date: November 25, 2025    _____
New York, New York    JOHN P. CRONAN
                                         United States District Judge

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com