UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
          -v-                                                           :          22 Cr. 218 (JPC)
                                                                        :
HEURY APONTE,                                                           :          ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The appearance currently scheduled for January 7, 2026, at 10:00 a.m. is rescheduled to

January 5, 2026, at 10:00 a.m.

        SO ORDERED.

Dated:  December 2, 2025                          _____
        New York, New York                                JOHN P. CRONAN
                                                      United States District Judge