July 13, 2026

***Via*** **ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***United States v. Heury Aponte*, 22-CR-218 (JPC)**

Dear Judge Cronan,

This letter concerns my representation of Mr. Heury Aponte in the above-captioned case. Mr. Aponte is scheduled to appear on a pending VOSR on July 15, 2026, at 3:00 PM.

The parties have conferred and respectfully request an adjournment until mid-September, preferably the week of September 21. The defendant is currently in state custody, pending the resolution of several open matters. The resolution of those matters will affect the discussions of the parties on a possible disposition in the VOSR proceeding. An adjournment will move us closer to a pre-hearing resolution in this case.

Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Heury Aponte*

The instant request is granted. The appearance currently scheduled for July 15, 2026 at 3:00 p.m. is adjourned to September 21, 2026 at 10:30 a.m. The Clerk of Court is respectfully directed to close Docket Number 51.

SO ORDERED.
Date: July 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

cc: AUSA Ashley C. Nicolas. (via ECF)